# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
| STANLEY ONEAL GILL | ) Case No: 5:04-CR-20-1F |
|  | ) USM No: 23945-056 |
| Date of Original Judgment: October 18, 2004 | ) |
| Date of Previous Amended Judgment: | ) Laura Wasco |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐DENIED.   ☑GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 262 months **is reduced to** 210 months

for Counts 1 and 2, concurrently.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated October 18, 2004
shall remain in effect. **IT IS SO ORDERED.**

Order Date:   4/8/14

_____
*Judge's signature*

Effective Date:  _____
*(if different from order date)*

Senior U.S. District Judge, James E. Fox
*Printed name and title*

EDNC Rev. 11/8/2011